FORM 1

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Incipio Technologies, Inc.<br><br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br><br>Defendant. | 17-00188<br><br><br><br><br><br>**SUMMONS** |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



_____
**TINA POTUTO KIMBLE, CLERK OF THE COURT**

| **PROTEST** | |
|---|---|
| Port of Entry: See Schedules Attached | Date Protest Filed: See Schedules Attached |
| Protest Number: See Schedules Attached | Date Protest Denied: See Schedules Attached |
| Importer: Incipio Technologies, Inc. | |
| Category of Merchandise: Wristlets and Media player covers | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| | | | | | |
| | | SEE SCHEDULES ATTACHED | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| Port Director,<br><br>U.S. Bureau of Customs & Border Protection<br>301 E. Ocean Blvd. Suite 1400<br>Long Beach, CA 90802 | Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP<br>599 Lexington Avenue, 36th floor<br>New York, New York 10022<br>RSeely@GDLSK.COM<br>212/557-4000 |
| *Address of Customs Port in Which Protest Was Denied* | *Name, Address and Telephone Number of Plaintiff's Attorney* |

Page 1

9760733

# CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Wristlets and Media player covers | 4202.22.1500 HTSUS | 16% | 4202.32.1000 HTSUS | 4.6% +12.1¢/kg |
| | 3926.10.0000 HTSUS | 5.3% | 8473.30.5100 HTSUS<br>or<br>8522.90.7580 HTSUS | Free<br><br>2% |

| Other |
|---|
| State specifically the Decision [as Described in 19 U.S.C.§1514(a)] and the Protest Claim: |

| |
|---|
| The issue which was common to all such denied protests: Whether the imported merchandise is specifically provided for under one of the claimed tariff provisions. |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

Date: 07/19/2017 /s/ Robert F. Seely

| PROTEST NUMBER | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 2704-16-101430 | 11/01/2016 | 01/30/2017 | EVJ-0156629-1 | 07/02/2015 | 05/13/2016 |

**Port Director**
**U.S. Bureau of Customs & Border Protection**
**301 E. Ocean Blvd. Suite 1400**
**Long Beach, CA 90802**

| PROTEST NUMBER | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 2720-17-101500 | 02/03/2017 | 03/24/2017 | EVJ-0160892-9 | 09/28/2015 | 08/12/2016 |
| 2720-17-101500 | 02/03/2017 | 03/24/2017 | EVJ-0160883-8 | 09/28/2015 | 08/12/2016 |

**Port Director**
**U.S. Bureau of Customs & Border Protection**
**11099 South La Cienega Blvd.**
**Los Angeles, CA 90045**

9760733_1