UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| INCIPIO TECHNOLOGIES, INC., | : | |
| Plaintiff, | : | |
| v. | : | Court No. 17-00188 |
| UNITED STATES, | : | |
| Defendant. | : | |

**JOINT STATUS REPORT OF JUNE 3, 2021**

In accordance with the Court's order in this matter directing the parties to a file joint status report within 60 days after the date of final judgment in *Apple Inc. v. United States,* CIT number 13-00239, the parties hereby jointly advise the Court on the status of the action identified above.

In light of the decision in *Apple,* the parties have conferred concerning the resolution of this matter. Based upon those consultations, Plaintiff is currently reviewing this case to determine which products and entries may be appropriate for stipulation and which entries should be abandoned. Plaintiff anticipates providing this information to Defendant within the next 14-days from the date of this joint status report.

Thereafter, and based upon consultations with Defendant, Plaintiff will provide Defendant with a proposed stipulation for judgment, and as needed, with additional information concerning the merchandise in order to dispose of the case. Plaintiff anticipates that the preparation of the stipulation can be completed within 30-days of the

JOINT STATUS REPOR[T]

date of this joint status re[port]

The parties will eit[her]

another joint status report a[...]

this information is complet[e]

By: /s/ Robert F. Seely
Erik Smithweiss