UNITED STATES COURT OF INTERNATIONAL TRADE

_____
                                            :
INCIPIO TECHNOLOGIES, INC.,                 :
                                            :
              Plaintiff,          :
                                            :
              v.                  :   Court No. 17-00188
                                            :
                                            :
UNITED STATES,                              :
                                            :
              Defendant.          :
_____:

## JOINT STATUS REPORT

In accordance with Docket No. 14, the parties submit this joint status report to provide the Court with the current status of the action identified above.

Plaintiff has reviewed this case to determine which products and entries may be appropriate for stipulation and which entries should be abandoned. Plaintiff has provided this detailed information to the Defendant along with a proposed stipulation and information to assist in determining the stipulability of claims for certain articles in this case. Further, Plaintiff has recently advised Defendant that it will abandon claims concerning merchandise described as power banks. Accordingly, Customs is currently reviewing the proposed stipulation and the provided information as to the remaining articles, and will need to conduct a review of the papers in the Court file, including a jurisdictional analysis. The parties intend to continue to work together to expeditiously determine whether these matters can be resolved without further litigation.

The parties will, within ninety (90) days of this status report, either file with the Court a

JOINT STATUS REPORT                                                                 Court No. 17-00188

stipulation of judgment in this case, or file another joint status report advising the Court of the status of the action.

Respectfully submitted,

| | |
|---|---|
| By: /s/ Robert F. Seely<br>Erik Smithweiss<br>Robert B. Silverman<br>Robert F. Seely<br>GRUNFELD, DESIDERIO,<br>LEBOWITZ, SILVERMAN &<br>KLESTADT LLP<br>599 Lexington Avenue<br>36th Floor<br>New York, New York 10022<br>Tel.: (212) 557-4000<br>Attorneys for Plaintiff | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br><br>PATRICIA M. MCCARTHY<br>Director<br><br>By: JUSTIN MILLER _(Digitally signed 2021.11.30 09:22:55 -05'00')_<br>JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office<br><br>By: BEVERLY FARRELL _(Digitally signed 2021.11.30 09:29:00 -05'00')_<br>BEVERLY A. FARRELL<br>Senior Trial Attorney<br>International Trade Field Office<br>Civil Division, Dept. of Justice,<br>Commercial Litigation Branch<br>International Trade Field Office<br>26 Federal Plaza - Suite 346<br>New York, New York 10278<br>Tel.: (212) 264-9230/0483<br>Attorneys for Defendant |

Date: November 30, 2021
      New York, New York