UNITED STATES COURT OF INTERNATIONAL TRADE
HON. GARY S. KATZMANN, JUDGE

| | |
|---|---|
| INCIPIO TECHNOLOGIES, INC., | |
| Plaintiff, | Court No. 17-00188 |
| v. | |
| UNITED STATES, | |
| Defendant. | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE, that plaintiff, Incipio Technologies, Inc., through its undersigned attorneys and pursuant to USCIT R. 41(a)(1)(A)(i), hereby dismisses this action.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
*Attorneys for Plaintiff*
707 Wilshire Blvd., Suite 4150
Dated: November 9, 2022
Los Angeles, CA 90017
Los Angeles, CA
Tel. (213) 624-1970
HLitman@gdlsk.com

By: /s/ Heather Litman
Heather Litman

ORDER OF DISMISSAL

Court No. 17-00188, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Clerk, United States Court of International Trade

Dated: By: _____