UNITED STATES COURT OF INTERNATIONAL TRADE
HON. GARY S. KATZMANN, JUDGE

| | |
|---|---|
| INCIPIO TECHNOLOGIES, INC., | |
| Plaintiff, | Court No. 17-00188 |
| v. | |
| UNITED STATES, | |
| Defendant. | |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE, that plaintiff, Incipio Technologies, Inc., through its undersigned attorneys and pursuant to USCIT R. 41(a)(1)(A)(i), hereby dismisses this action.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
*Attorneys for Plaintiff*
707 Wilshire Blvd., Suite 4150
Los Angeles, CA 90017
Tel. (213) 624-1970
HLitman@gdlsk.com

Dated: November 9, 2022
Los Angeles, CA

By: /s/ Heather Litman
Heather Litman

ORDER OF DISMISSAL

Court No. 17-00188, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Clerk, United States Court of International Trade

Dated: November 10, 2022      By: /S/   Geoffrey Goell